UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID ANDERSON,

    Plaintiff,

v.                                                Case No: 6:25-cv-196-JSS-DCI

UNITED STATES DEPARTMENT
OF VETERAN'S AFFAIRS,
PATRICIA BURKETT, FLORIDA
AGENCY HEALTH CARE
ADMINISTRATION & AFFILIATES,
and BAYVIEW REHAB SAMANTHA
WILSON CARE CENTER,

    Defendants.
_____/

## ORDER

    This case was referred to the Middle District of Florida's Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) program. (Dkt. 7.) The parties were accordingly directed to attend a case management conference before United States Magistrate Judge Daniel C. Irick. (Dkt. 16.) Plaintiff, David Anderson, proceeding pro se, did not attend that conference, (*see* Dkt. 23), and the parties have neither filed a stipulated consent to the IDEAL program nor submitted a case management report as required. (*See* Dkt. 7 at 2.) Plaintiff now moves to refer this action to mediation, but his motion fails to comply with the court's local rules and is due to be denied without prejudice on that basis. *See* M.D. Fla. R. 3.01(a), (g). However, the court encourages the parties to discuss settlement early and often.

Moreover, if the parties do not submit a case management report indicating that they do not consent to the magistrate judge's jurisdiction, the court will enter a case management and scheduling order that will require the parties to mediate while the case proceeds in this court.

Plaintiff separately moves for an extension to respond to Defendant Patricia Burkett's motion to dismiss (Dkt. 13) which Burkett does not oppose. (Dkt. 45.) The court grants that motion.

Accordingly:

1. Plaintiff's motion to refer this matter to mediation (Dkt. 36) is **DENIED without prejudice**.

2. Plaintiff's motion for an extension (Dkt. 45) is **GRANTED**. Plaintiff may respond to Burkett's motion to dismiss (Dkt. 13) on or before June 30, 2025.

**ORDERED** in Orlando, Florida, on June 30, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party
Counsel of Record